JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
PRINCIPAL LIFE INSURANCE COMPANY,
improperly sued as PRINCIPAL MUTUAL
LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCIPAL MUTUAL LIFE INSURANCE COMPANY, a California Corporation and DOES 1 through 25, inclusive.<br><br>Defendants. | **CASE NO.: 2:08-CV-01496-WBS-EFB**<br><br>**JUDGE:**  Hon. William B. Shubb<br>**CTRM**: "5."<br><br>**[PROPOSED] ORDER TO APPEAR BY TELEPHONE AT THE HEARING ON THE MOTION TO REMAND**<br><br>**Date:**  August 18, 2008<br>**Time:**  2:00 p.m.<br>**Crtrm:** "5" |

Defendant Principal Life Insurance Company ("Principal"), improperly sued as Principal Mutual Life Insurance Company, through its undersigned counsel, and seeks leave of Court for its counsel to attend the Motion to Remand ("Motion") before the Honorable William B. Shubb, currently set for August 18, 2008 at 2:00 p.m. via telephone, for the following reasons:

1.      It would be unduly burdensome and costly for Principal's counsel to travel from Santa Ana, California to Sacramento, California for the Motion.

2.      The telephonic appearance of Principal's counsel will not prejudice any party and will not hamper the efficient running of the Motion.

1
PROPOSED ORDER TO APPEAR BY TELEPHONE

1060118.1

3.Therefore, Principal respectfully requests leave to allow its counsel to appear at the Motion to Remand via telephone.

After full consideration, the Court rules as follows:

GOOD CAUSE APPEARING,

The Request is GRANTED.  Counsel for Principal may appear telephonically for the hearing on the Motion for Remand scheduled for August 18, 2008 at 2:00 p.m., in Courtroom 5 of the above-entitled Court, located at 501 I St., Sacramento, CA 95814.

IT IS SO ORDERED

Dated:  August 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE