**HELTON LAW GROUP, LLP**
RALPH G. HELTON (State Bar No. 93864)
RANDAL A. WHITECOTTON (State Bar No. 152950)
CONOR R. NIDEFFER (State Bar No. 253931)
ATTORNEYS AT LAW
401 East Ocean Boulevard - Suite 1010
Long Beach, California 90802
TELEPHONE: (562) 901-4499
FACSIMILE:  (562) 901-4488

ATTORNEYS FOR PLAINTIFF DOCTORS MEDICAL CENTER OF MODESTO, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PRINCIPAL MUTUAL LIFE INSURANCE COMPANY, a California Corporation and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:08-CV-01496-WBS-EFB<br><br>Hon. William B. Shubb<br><br>Courtroom: 5<br><br>**[PROPOSED] ORDER AND PLAINTIFF DOCTORS MEDICAL CENTER OF MODESTO, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO REMAND**<br><br>Date: August 18, 2008<br>Time: 2:00 p.m.<br>Courtroom: 5 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiff DOCTORS MEDICAL CENTER OF MODESTO, INC. hereby requests to appear by telephone at the hearing on the Motion to Remand scheduled on August 18, 2008 at 2:00 p.m. in Courtroom 5 of the above-entitled court.

PLEASE TAKE FURTHER NOTICE that Randal A. Whitecotton, counsel for Plaintiff DOCTORS MEDICAL CENTER OF MODESTO, INC. will be readily available for the hearing and can be reached at 562-901-4499.

DATED: August 11, 2008        HELTON LAW GROUP, LLP

By: _____
RALPH G. HELTON
RANDAL A. WHITECOTTON
CONOR R. NIDEFFER
Attorneys for Plaintiff
DOCTORS MEDICAL CENTER OF MODESTO, INC.

IT IS HEREBY ORDERED:

1. Plaintiff's Request for Telephonic Appearance at the hearing on the Motion to Remand is granted.

2. Counsel for Plaintiff may appear telephonically at the hearing on the Motion to Remand scheduled for August 18, 2008 at 2:00 p.m., in Courtroom 5 of the above-entitled Court.

Dated: August 15, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AND PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO REMAND

# PROOF OF SERVICE

*This document is printed on recycled paper*

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 401 E. Ocean Boulevard, Suite 1010, Long Beach, California 90802.

On August 15, 2008, I served the foregoing document described as **[PROPOSED] ORDER AND PLAINTIFF DOCTORS MEDICAL CENTER OF MODESTO, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO REMAND** as follows:

| | |
|---|---|
| John M. Sorich, Esq. | ***Attorney for Defendant*** |
| S. Christopher Yoo | PRINCIPAL LIFE INSURANCE |
| Adorno, Yoss, Alvarado & Smith | COMPANY |
| 1 MacArthur Place, Suite 200 | |
| Santa Ana, CA 92707 | |

__X__    BY MAIL
I caused such envelope to be deposited in the mail at Long Beach, California.  The envelope was mailed with postage thereon fully prepaid.

_____   BY FACSIMILE
I caused such documents to be served via facsimile transmittal to the office of the addressee herein described.

_____   BY PERSONAL SERVICE
I caused the foregoing document to be personally served on the interested parties herein described.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 15, 2008, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

JESSICA ERMEL

[PROPOSED] ORDER AND PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE HEARING ON THE MOTION TO REMAND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER AND PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE
AT THE HEARING ON THE MOTION TO REMAND